No. 77–1356. FLECHA ET AL. *v.* MARSHALL, SECRETARY OF LABOR, ET AL. C. A. 1st Cir. Certiorari denied.

No. 77–1372. INTERSTATE MOTOR FREIGHT SYSTEM *v.* INTERSTATE COMMERCE COMMISSION ET AL. C. A. D. C. Cir. Certiorari denied.

No. 77–1398. FINEMAN *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 77–1443. MELIA *v.* CALIFANO, SECRETARY OF HEALTH, EDUCATION, AND WELFARE. C. A. 5th Cir. Certiorari denied.

No. 77–1451. YOUNG *v.* BOARD OF TRUSTEES OF THE UNIVERSITY OF TOLEDO ET AL. Ct. App. Ohio, Lucas County. Certiorari denied.

No. 77–1453. BIRGE *v.* GEORGIA. Sup. Ct. Ga. Certiorari denied.

No. 77–1459. SUN PUBLISHING CO. *v.* STEVENS. Sup. Ct. S. C. Certiorari denied.

No. 77–1462. SUNSHINE REALTY, INC., ET AL. *v.* CUYAHOGA COUNTY BOARD OF REVISION ET AL. Ct. App. Ohio, Cuyahoga County. Certiorari denied.

No. 77–1475. ELECTRONICS CORPORATION OF AMERICA *v.* SCULLY SIGNAL CO.; and
No. 77–1484. SCULLY SIGNAL CO. *v.* ELECTRONICS CORPORATION OF AMERICA. C. A. 1st Cir. Certiorari denied.

No. 77–1479. PLUNKETT *v.* CITY OF LAKEWOOD. Ct. App. Cal., 2d App. Dist. Certiorari denied.